UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Troy Alex Schneider
980 Terrace Street
Muskegon, Michigan 49440

(Enter above the full names of all plaintiffs, including prisoner number, in this action.)

v.  Muskegon County Sheriff Dept.
Michael Poulin Et. Al
980 Terrace Street
Muskegon, Michigan 49440

(Enter above the full name of the defendant or defendants in this action.)

**FILED - GR**
November 6, 2019 9:53 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:_mkc_  SCANNED BY: TB /

11/6/19

**1:19-cv-935**
Paul L Maloney - U.S. District Judge
Phillip J. Green - U.S. Magistrate Judge

## COMPLAINT

I. **Previous Lawsuits**

**CAUTION: The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in this and other federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $400.00 filing fee regardless of whether your complaint is dismissed.**

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility? Yes ☒ No ☐

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

   _____

2. Is the action still pending? Yes ☒ No ☐

   a. If your answer was no, state precisely how the action was resolved: _____

3. Did you appeal the decision? Yes ☐ No ☐

4. Is the appeal still pending? Yes ☐ No ☐

   a. If not pending, what was the decision on appeal? _____

5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐ No ☒

   If so, explain: _____

II. **Place of Present Confinement** Muskegon County Jail

If the place of present confinement is not the place you were confined when the occurrence that is subject of instant lawsuit arose, also list the place you were confined:

_____

-1-

III. **Parties**

A. Plaintiff(s)

Place your name in the first blank and your present address in the second blank. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff __Troy Schneider__

Address __980 Terrace St. Muskegon, MI 49440__

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. If there are more than four defendants, provide the same information for each additional defendant. Attach extra sheets as necessary.

Name of Defendant #1 __Michael Poulin Et. Al__

Position or Title __Sheriffs__

Place of Employment __Sheriffs Department__

Address __980 Terrace St. Muskegon, MI 49440__

Official and/or personal capacity? __Both__

Name of Defendant #2 __Julia Rivot Et. Al__

Position or Title __Director Health West__

Place of Employment __Health West__

Address __376 E. Apple Ave Muskegon Mich 49440__

Official and/or personal capacity? __Both__

Name of Defendant #3 __David Lopez__

Position or Title __Supervisor; Nursing County Jail / Well Pack Inc.__

Place of Employment __Muskegon County Jail__

Address __980 Terrace St. Muskegon, Mich 49440__

Official and/or personal capacity? _____

Name of Defendant #4 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

Name of Defendant #5 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

-2-

IV. **Statement of Claim**

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

1.) Jan 15, 2019 I turned myself in to the Muskegon County Jail and Michael Poulin is sheriff of Muskegon county. I was a parole violator doing 45 day sanction.

2.) Plaintiff told intake-officers he needed to be seen by Health West for mental Health medications.

3.) It should be noted Muskegon County Jail is a holding Facility for M.D.O.C. parole violators for Muskegon + Kent County.

4.) 8th Amendment violation does happen when inmate's mental health needs are not being provided for. Muskegon County provides the needs of 300-500 mental health patients with 2 part-time social workers and one part-time Doctor.

5.) Prisoner filed 3-5 medical Health request forms and supervisor Dave Lopez, nursing supervisor failed to get me into see a social worker for 33 days. Then it took another 7-10 days to see Dr. Green of Health West.

6.) A grievance was filed in the jail in Feb-2019 but the jail has refused to respond to the grievance.

7.) A formal complaint was filed in person in March-2019 at Health West on their computer but they refuse to respond to the complaint. That's why Julia Rupt Director Health West has been named.

-3-

(Last Revised: June 2013)

I have spoken to Sheriff Michael Poulin about this matter and he refused to respond.

8th amendment does apply when you know a mental health condition exist and you fail to treat the condition.

8.) It should be noted Plaintiff was admitted into Brinks for a mental health break down shortly after his release on March 1, 2019.

9.) Violation of my due process rights. Sheriff Michael Poulin knows the grievance procedure is broken in the Muskegon county jail. Staff refuse to hand out grievances or to respond to written grievances or to even give a copy of the grievance to the writer.

10.) David Lopez supervisor for well-pack is supervisor for the jail nursing staff. He is failing to get inmate parole violators mental health medications. This is a 8th amendment violation.

10.) Sheriff Michael Poulin is violating my right to due process and 8th amendment violation.

12.) Julia Rupt Director of Health West is named because she is suppost to know people are not being treated and

## V. Relief

State briefly and precisely what you want the court to do for you.

That the Courts require Muskegon County Jail to see all new prisoners with mental health issues within 72 hours of intake and require the jail to get mental health meds within 72 hours of intake. Pay the Plaintiff in the amount of $50,000 thousand dollars for pain and suffering. Stop the staff of Muskegon County jail from hindering the grievance procedures in the jail.

11-2-2019
**Date**

**Signature of Plaintiff**

### NOTICE TO PLAINTIFF(S)

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

