TROY ALEX SCHNEIDER,

   Plaintiff,     Case No. 1:19-cv-935

v.           Honorable Paul L. Maloney

MUSKEGON COUNTY SHERIFF
DEPARTMENT et al.,

   Defendants.
_____/

## JUDGMENT

  In accordance with the opinion issued this date:

  **IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated: January 16, 2020     /s/ Paul L. Maloney
               Paul L. Maloney
               United States District Judge